```
Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca.  94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtors
Dorothy Correa Arreola
Rodamen Arreola
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re | Case No.: 16-41634 |
|---|---|
| Dorothy Correa Arreola<br>Rodamen Arreola | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

TO MARTHA BRONITSKY CHAPTER 13 STANDING TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

The above debtors, Dorothy Correa Arreola and Rodamen Arreola (hereafter "debtor"), hereby moves the court for an order modifying the debtor's confirmed chapter 13 plan pursuant to 11 U.S.C. §1329(a)(1).

The debtor's Second Amended Chapter 13 plan (the "plan") was filed on September 8, 2016. The plan was confirmed on September 14, 2016. The plan provided that the debtor would obtain a loan modification. However, the modification was denied. The debtor filed a modified plan on May 22, 2017.

The debtor proposes to refinance 39856 Wyatt Lane Fremont, CA 94538 no later than December 2017 and pay off his chapter 13 plan. The percentage to unsecured creditors will not be affected.

Wherefore, debtor prays that the court modify the confirmed chapter 13 plan as set forth above

Dated: June 15, 2017

                                              /s/ Marc Voisenat
                                              Marc Voisenat, Attorney
                                                     for debtors

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 2329A Eagle Avenue, Alameda, California 94501.

On June 29, 2016 I served the foregoing document described as: **MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 13 PLAN AND STATEMENT OF CURRENT MONTHLY INCOME** on the interested parties by electronic mail to:

Martha G. Bronitsky
Chapter 13 Trustee

Office of the U.S. Trustee

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on June 29, 2016 at Alameda, California.

                                                    /s/ Nilda Voisenat
                                                      Nilda Voisenat